UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

**KATE ELAINA PORTER,**
    Petitioner,

v.

**JENNIFER BROTAN,** Warden,
et al.,
    Respondents.

Case No. 7:25-cv-572-CLM-SGC

## MEMORANDUM OPINION

    The magistrate judge has entered a report, recommending that the court dismiss this petition for writ of habeas corpus for failure to prosecute. (Doc. 5). Although the report advised the petitioner of his right to object, the court has not received any objections, and the deadline to object has expired.

    After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will dismiss this case for failure to prosecute.

    The court will enter a separate order that carries out this ruling and closes this case.

    **Done** and **Ordered** on August 26, 2025.

                                    _____
                                    **COREY L. MAZE**
                                    UNITED STATES DISTRICT JUDGE