# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

**KATE ELAINA PORTER,**
    Petitioner,

v.

**JENNIFER BROTAN,** Warden, et al.,
    Respondents.

Case No. 7:25-cv-572-CLM-SGC

## FINAL JUDGMENT

Consistent with Rule 58 of the Federal Rules of Civil Procedure and the accompanying memorandum opinion, the court **DISMISSES** this petition for writ of habeas corpus for failure to prosecute.

Costs taxed as paid.

The court **DIRECTS** the Clerk of Court to close this case.

The court further **DIRECTS** the Clerk to send a copy of this final judgment along with the accompanying memorandum opinion to the petitioner at her address of record.

**Done** and **Ordered** on August 26, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE